UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
DEC 18 2018
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:18-CR-50161 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | False Statements Relating to Health Care Matters (18 U.S.C. § 1035) |
| FELON MARIE BAD MILK, a/k/a "Fallon," | |
| Defendant. | Attempt to Obtain Controlled Substances by Fraud (21 U.S.C. §§ 843(a)(3) and 846) |

The Grand Jury charges:

COUNT I

On or about November 5, 2018, through November 8, 2018, at Pine Ridge, in the District of South Dakota, the defendant, Felon Marie Bad Milk, a/k/a "Fallon," in a matter involving a health care benefit program as defined under 18 U.S.C. § 24(b), did knowingly and willfully make and use a materially false writing and document, knowing the same to contain a materially false, fictitious or fraudulent statement and entry in connection with the delivery of and payment for healthcare services, to wit: Felon Marie Bad Milk, a/k/a "Fallon," obtained a prescription for Hydrocodone, a Schedule II control substance, altered the number of pills prescribed, and presented the altered prescription to the Pine Ridge Indian Health Service Hospital, all in violation of 18 U.S.C. § 1035.

COUNT II

On or about November 5, 2018, through November 8, 2018, at Pine Ridge, in the District of South Dakota, the defendant, Felon Marie Bad Milk, a/k/a "Fallon," did knowingly and intentionally attempt to acquire and obtain possession of a controlled substance, to wit: Hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge, all in violation of 21 U.S.C. §§ 843(a)(3) and 846.

A TRUE BILL

**NAME REDACTED**
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By *[signature]*